■ In the Matter of PETER J. HABERKORN, Petitioner.— Motion for resettlement granted to the extent stated in the order. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. WALTER WILSON. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ANGELO AMARO. Motion for leave to appeal as a poor person granted on the terms and conditions contained in the order of this court filed herein. (C) THE PEOPLE OF THE STATE OF NEW YORK v. PAUL SULLIVAN.— [In each action] Motion for leave to appeal as a poor person granted on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN BESTER.— Motion for an enlargement of time granted insofar as to extend the appellant's time to perfect his appeal to the February 1963 Term of this court. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ LINDA RISS v. BURTON PUGACH et al.— Motion for leave to appeal as a poor person denied. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HEARD HARDEN.— Motion for a free transcript of trial minutes denied in all respects. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. BURTON N. PUGACH.— Motion for leave to appeal as a poor person denied in all respects. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ MARIA MULERA v. LUIS CELORIO.— Motion for leave to appeal as a poor person denied with leave to renew upon proper papers and upon proof of service on all interested parties. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RUDOLPH PRISCO and RICHARD MATHES et al.— Motion to dismiss appeal denied. Motion for an enlargement of time granted insofar as to extend the appellant's time within which to perfect its appeal to the January 1963 Term of this court. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of the Accounting of BANKERS TRUST COMPANY, as Trustee of the Trust Made by DOROTHY L. BROWN.— Motion to vacate order denied without prejudice to any other proceeding which the applicant may be advised to pursue. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ TEXTRON, INC., v. MITCHELL MAGED.— Motion to enlarge scope of appeal granted only to the extent of permitting the defendant to print as a supplemental record the papers on appeal in connection with the order of the Supreme Court, New York County, entered on or about September 11, 1962, on condition that the appellant procures the record on appeal, supplemental record and appellant's points to be served and filed on or before October 25, 1962, with notice of argument for November 7, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.